USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/3/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | |
|---|---|
| **DEBRA ZANCA,** *on behalf of herself and all others similarly situated*, | : |
| | : |
| Plaintiff, | :    20-CV-7223 (ALC) |
| | : |
| -against- | :    **ORDER OF DISMISSAL** |
| | : |
| **GREAT DAMES HOLDING, INC., ET AL.,** | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      On January 7, 2021, the Court ordered Plaintiff to show cause by January 28, 2021, as to why this action should not be dismissed without prejudice pursuant to Rule 4(m) for failure to serve. FED. R. CIV. P. 4(m). Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to serve.

**SO ORDERED.**

**Dated:**    **February 3, 2021**
             **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**